UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:25-MJ-10 |
| ) | |
| DOUGLAS THRAMS ) | |

## APPEARANCE OF COUNSEL

To the Clerk of this Court and all parties of record:

I, the below-signed, state that, pursuant to N.D. Ind. L.R. 83-5(c), I have read and will abide by the Local Rules of the U.S. District Court for the Northern District of Indiana, including Appendix B: *Standards for Professional Conduct Within The Seventh Federal Judicial Circuit*. I declare under penalty of perjury that the foregoing is true and correct.

I seek to enter my appearance as counsel in this case for the United States of America.

In addition, the government requests that the United States Probation Office grant access to filed CM/ECF pleadings to the Assistant United States Attorney whose appearance is hereby entered.

1

Dated: January 29, 2025

>Respectfully submitted,
>
>TINA L. NOMMAY
>ACTING UNITED STATES ATTORNEY
>
>By:  *s/ Lydia T. Lucius*
>Lydia T. Lucius
>Assistant United States Attorney
>M01 Robert A. Grant Federal Bldg.
>204 S. Main Street
>South Bend, Indiana 46601
>Tel:   (574) 236-8287
>E-mail:  lydia.lucius@usdoj.gov