UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-MJ-10-SJF |
| | ) | |
| DOUGLAS THRAMS | ) | |

### UNITED STATES' REQUEST FOR EXTENSION OF TIME TO CHARGE THE DEFENDANT BY INFORMATION OR INDICTMENT

Comes now the United States of America by its counsel Tina L. Nommay, Acting United States Attorney for the Northern District of Indiana, through Lydia T. Lucius, Assistant United States Attorney, and moves this Honorable Court for an additional time period, namely sixty days from the date of the defendant's arrest, to file charges by indictment or information against the defendant. The defendant agrees to the government's request (see attached Exhibit 1).

Further, the government requests the time be excludable pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(i). Under Title 18, United States Code, Section 3161, wherein it may be excludable based on the ends of justice outweighing the interests of the public in a speedy trial, and failure to grant such motion would result in a miscarriage

of justice. The ends of justice and judicial economy support such a continuance, because with additional time for evaluating discovery and negotiating a resolution, the parties may reach a resolution short of indictment and trial.

As shown in Exhibit 1, the defendant, having been advised of the nature of the charges and his rights related thereto by his counsel, waives being charged by indictment or information for an additional time period, namely sixty days from the date of his arrest, to and including March 24, 2025.

Dated: February 13, 2025

          Respectfully submitted,

          TINA L. NOMMAY
          ACTING UNITED STATES ATTORNEY

    By: *s/ Lydia T. Lucius*
      LYDIA T. LUCIUS
      Assistant United States Attorney
      M01 Robert A. Grant Federal Bldg.
      204 S. Main Street
      South Bend, Indiana 46601
      Tel: (574) 236-8287
      Fax: (574) 236-8155
      E-mail: Lydia.Lucius@usdoj.gov