UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-MJ-10-SJF |
| | ) | |
| DOUGLAS THRAMS | ) | |

## WAIVER OF TIME PERIOD TO CHARGE DEFENDANT BY INFORMATION OR INDICTMENT

Comes now the defendant, Douglas Thrams, having been advised of the nature of the charges and his rights related thereto by his counsel, and understanding that an information or indictment must typically be filed within thirty days of arrest according to 18 U.S.C. § 3161(b). Nonetheless, I waive being charged by indictment or information for an additional time period, namely sixty days from the date of my arrest, to and including March 24, 2025. I agree to the government's request for an extension to charge me by information or indictment. I further agree that the time will be excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i).

*/s/ Douglas Thrams*
Douglas Thrams
Defendant

*/s/ Kimberly Schultz*
Kimberly Schultz
Counsel for Defendant

GOVERNMENT EXHIBIT 1